MILDRED BATTEN HINES ET AL. v. PEARL ROSE PEEDIN ET AL.

(Filed 18 October, 1939.)

APPEAL by plaintiffs from *Hamilton, Special Judge,* at April Term, 1939, of JOHNSTON.

Petition for partition among remaindermen after death of life tenant.

From an order of sale for partition and directing the commissioners to pay to the heirs of J. Ransom Rose, who was one of the remaindermen, the taxes advanced by him during occupancy of the premises by the life tenant, the plaintiffs appeal, assigning error.

*Otis L. Duncan for plaintiffs, appellants.*
*W. P. Aycock for defendants, appellees.*

PER CURIAM.   Affirmed on authority of what was said in *Smith v. Miller,* 158 N. C., 98, 73 S. E., 118.

Affirmed.